RONALD W. BROWN, ESQ. (SBN. 107340)
LISA V. RYAN, ESQ. (SBN. 217802)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant
CYPRESS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL NO. 101,<br><br>Plaintiff,<br><br>v.<br><br>CYPRESS HOLDINGS, INC., dba HARVEST MARKET,<br><br>Defendant. | Case No. C 06 6529 EDL<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Action filed: 10-18-06 |

IT IS HEREBY ORDERED THAT based upon the Stipulation to Continue Initial Case Management Conference filed with this Court on January 2, 2007, and good cause appearing, the Initial Case Management Conference is continued until January 16, 2007 at 10:00 a.m. in Courtroom E of the above-referenced court. With the exception of the Joint Case Management Statement, which was filed by the parties on January 3, 2007, all other deadlines are continued in accordance with the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

UNITED STATES MAGISTRATE JUDGE

DATED: January 4, 2007

By: _____
HONORABLE ELIZABETH D. LAPORTE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*