**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED FOOD & COMMERCIAL WORKERS
UNION LOCAL NO. 101,

        Plaintiff/Counter-Defendant,

  v.

CYPRESS HOLDINGS, INC.  d/b/a HARVEST MARKET

        Defendant/Counter-Claimant.
                                          /

No.  C 06-6529 EDL

**ORDER GRANTING APPLICATION  TO APPEAR TELEPHONICALLY**

On January 8, 2007, Defendant's counsel filed a request to appear telephonically at the initial case management conference set for January 16, 2007 at 10:00 a.m.  Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution.  The Court disfavors telephonic appearances because the technology prevents the Court from addressing a question to the parties or making a comment or ruling whenever any participant speaks at length.  Accordingly, the parties shall only speak in response to a direct question from the Court and shall pause at regular intervals to allow the Court to comment on the information presented.  If the Court wishes a rebuttal from the opposing party, the Court shall inform the party from whom information is requested.  No party shall attempt to present information without a request from the Court.  If the parties cannot follow the rules set forth in this order, or at the first sign of improper decorum, the telephonic appearance will be terminated and a new hearing date will be set for personal appearances.

1   Counsel shall stand by beginning at 10:00 a.m. on January 16, 2007 until called by the Court.

2

3   Dated: January 10, 2007

                                              ELIZABETH D. LAPORTE
4                                                 United States Magistrate Judge

**United States District Court**
For the Northern District of California