RONALD W. BROWN, ESQ. (SBN. 107340)
LISA V. RYAN, ESQ. (SBN. 217802)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant
CYPRESS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL NO. 101,<br><br>Plaintiff,<br><br>v.<br><br>CYPRESS HOLDINGS, INC., dba HARVEST MARKET,<br><br>Defendant. | Case No. C 06 6529 EDL<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**   AS MODIFIED<br><br>Action filed: 10-18-06 |

Pursuant to Federal Rule of Civil Procedure 16(b), and Northern District Local Rules 6-1(b) and 6-2, the parties hereby submit a Stipulated Request for Order Postponing the Initial Case Management Conference scheduled for January 16, 2007 at 10:00 a.m. in Courtroom E of the above-referenced court and continuing all deadlines and hearing dates set forth therein for four (4) months.

The parties hereby stipulate and declare as follows:

1.  Pursuant to Northern District Local Rules 6-1(b) and 6-2, good cause exists to grant an order postponing the Initial Case Management Conference for the following reasons:

1  a. The parties have agreed to enter into private arbitration of the above referenced matter and counter-claim;

b. The parties believe that a four (4) month continuance of the Initial Case Management Conference and all related deadlines is necessary to give the parties a chance to successfully resolve these matters through private arbitration.

2. The parties have submitted one previous Stipulation and Order postponing the Initial Case Management Conference originally scheduled for January 9, 2007 in order to participate in the court's ADR conference.

3. The parties agree that no prejudice will result from the assignment of new dates as set forth in the Stipulation and [Proposed] Order.

The foregoing is stipulated to by:

DATED: January 11, 2007

COOK BROWN, LLP
RONALD W. BROWN, ESQ.
LISA V. RYAN, ESQ.


By: _____/s/_____
Attorneys for Defendant
CYPRESS HOLDINGS, INC.


DATED: January 11, 2007

WEINBERG, ROGER & ROSENFELD
DAVID A. ROSENFELD,


By: _____/s/_____
Attorney for Plaintiffs UNITED FOOD
AND COMMERCIAL WORKERS UNION,
LOCAL No. 101

The Initial Case Management Conference is continued to May 8, 2007, at 3 p.m.

DATE: January 12, 2007

IT IS SO ORDERED:

By: _____
UNITED STATES MAGISTRATE JUDGE
HONORABLE ELIZABETH D. LAPORTE

*IT IS SO ORDERED AS MODIFIED*
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

---

M:\KDB\8074\Pleadings\StipCont-CMC 2.doc

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
2