1  David A. Rosenfeld (058163)
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501-1091
   Telephone 510.337.1001
4  Fax 510.337.1023

5

6  Attorneys for Plaintiff
   UFCW Local 101

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED FOOD & COMMERCIAL       ) Case No.    C 06 6529 EDL
   WORKERS UNION LOCAL NO. 101,   )
12                                )
                                  )
13           Plaintiff,            ) STIPULATED REQUEST AND ORDER
                                  ) TO CONTINUE INITIAL CASE
14     v.                         ) MANAGEMENT CONFERENCE
                                  )
15 CYPRESS HOLDINGS, INC. d/b/a HARVEST )
   MARKET,                        )
16                                )
             Defendant.           )
17                                )

   Pursuant to Federal Rule of Civil Procedure 16(b), and Northern District Local Rules 6-1(b)
18 and 6-2, the parties hereby submit a Stipulated Request for Order Postponing the Initial Case
19 Management Conference scheduled for May 8, 2007. The parties stipulate as follows with
20 respect to the requested continuance:

21     1.   The parties have agreed to enter into final and binding private arbitration of this
22          dispute.

23     2.   The parties have selected Anita Christine Knowlton of the Hastings School of
24          law to arbitrate this matter.

25     3.   The parties agreed to the arbitration date of May 2, 2007.

26     4.   Because of concerns about traveling the Bay Area, particularly for out of town
27          counsel, the parties agreed to continue this matter to June 8, the next available
28          date for the arbitrator.

STIPULATED REQUEST AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

5. The parties have previously requested the Court continue the initial Case Management Conference pending the completion of the arbitration. As a result the Court had continued the Case Management Conference to May 8, 2007.

6. The parties agree that no prejudice will result to any party from the postponement of the initial Case Management Conference given the fact that the parties anticipate completing the arbitration on June 8.

Dated: May 3, 2007

COOK BROWN, LLP
RONALD W. BROWN, ESQ.
LISA V. RYAN, ESQ.

By: /s/ Ronald K. Brown
Attorneys for Defendant
CYPRESS HOLDINGS, INC.

Dated: May 3, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/
David A. Rosenfeld
Attorneys for Plaintiffs
UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL No. 101

The initial Case Management Conference is continued to June 26, 2007.

DATE: May __, 2007   IT IS SO ORDERED:

An updated joint case management conference statement shall be filed no later than June 19, 2007.

By: _____
JUDGE HON. ELIZABETH LAPORTE
UNITED STATES MAGISTRATE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

114480/456448

- 2 -
STIPULATED REQUEST AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE