RONALD W. BROWN, ESQ. (SBN. 107340)
LISA V. RYAN, ESQ. (SBN. 217802)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant
CYPRESS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL NO. 101, <br><br> Plaintiff, <br><br> v. <br><br> CYPRESS HOLDINGS, INC., dba HARVEST MARKET, <br><br> Defendant. | Case No. C 06 6529 EDL <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**  AS MODIFIED <br><br> Action filed: 10-18-06 |

Pursuant to Federal Rule of Civil Procedure 16(b), and Northern District Local Rules 6-1(b) and 6-2, the parties hereby submit a Stipulated Request for Order Postponing the Initial Case Management Conference scheduled for January 16, 2007 at 10:00 a.m. in Courtroom E of the above-referenced court and continuing all deadlines and hearing dates set forth therein for four (4) months.

The parties hereby stipulate and declare as follows:

1. Pursuant to Northern District Local Rules 6-1(b) and 6-2, good cause exists to grant an order postponing the Initial Case Management Conference for the following reasons:

    a. The parties have agreed to enter into private arbitration of the above referenced matter and counter-claim;

    b. The parties conducted arbitration before Anita Christine Knowlton of the Hastings

School of Law on June 8, 2007. Post hearing briefs are due on July 6, 2007 following which the arbitrator will render her decision.

      c.    The parties believe that a four (4) month continuance of the Initial Case Management Conference and all related deadlines is necessary to give the arbitrator time to render her decision.

    2.    The parties have previously requested the court to continue the Initial Case Management Conference pending the completion of arbitration. As a result, the court has continued the Case Management Conference to May 8, 2007, then to June 26, 2007.

    3.    The parties agree that no prejudice will result from the assignment of new dates as set forth in the Stipulation and [Proposed] Order.

The foregoing is stipulated to by:

DATED: June 19, 2007

COOK BROWN, LLP
RONALD W. BROWN, ESQ.
LISA V. RYAN, ESQ.

By: _____/s/_____
Attorneys for Defendant
CYPRESS HOLDINGS, INC.

DATED: June 19, 2007

WEINBERG, ROGER & ROSENFELD
DAVID A. ROSENFELD,

By: _____/s/_____
Attorney for Plaintiffs UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL No. 101

The Initial Case Management Conference is Continued to September 18, 2007 at 3:00 p.m.
A joint case management conference statement shall be filed no later than September 11, 2007.

IT IS SO ORDERED:

DATE: June 25, 2007

By: _____
UNITED STATES MAGISTRATE JUDGE
HONORABLE ELIZABETH D. LAPORTE

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*