**United States District Court**
For the Northern District of California

1

2

3

4

5                       IN THE UNITED STATES DISTRICT COURT

6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   UNITED FOOD & COMMERICAL WORKERS
    UNION LOCAL NO. 101,
9                                                    No. 06-06529  EDL
              Plaintiff,
10                                                   **ORDER GRANTING APPLICATIONS**
      v.                                             **TO APPEAR TELEPHONICALLY**
11
    CYPRESS HOLDING INC.,
12
              Defendants.
13   _____/

14

15        On September 11, 2007 and September 12, 2007, Plaintiff's and Defendant's counsel filed

16   requests to appear telephonically at the initial case management conference set for September 18,

17   2007 at 3:00 p.m.  Good cause appearing, IT IS HEREBY ORDERED that the Requests are

18   GRANTED subject to the following caution.  The Court disfavors telephonic appearances because

19   the technology prevents the Court from addressing a question to the parties or making a comment or

20   ruling whenever any participant speaks at length.  Accordingly, the parties shall only speak in

21   response to a direct question from the Court and shall pause at regular intervals to allow the Court to

22   comment on the information presented.  If the Court wishes to hear a response by the opposing

23   party, the Court will inform the party from whom information is requested.  No party shall attempt to

24   present information without a request from the Court.  If the parties cannot follow the rules set forth

25   in this order, or at the first sign of improper decorum, the telephonic appearance will be terminated

26   and a new hearing date will be set for personal appearances.  Counsel shall stand by beginning at the

27   date and time above until called by the Court.

28   Dated: September 13, 2007

                                        *Elijah D. Laporte*
                                        _____
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge